

PJM/CAH: USAO#2018R00271

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2018 JUN 13 AM 11: 38

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **UNDER SEAL** |
| v. ) | |
| ) | CRIMINAL NO. JKB-18-0326 |
| **JONATHAN EDGES,** ) | |
| a/k/a "Toby," ) | (Conspiracy to Distribute Controlled |
| ) | Substances, 21 U.S.C. § 846; Using, |
| **Defendant.** ) | Carrying, and Brandishing a Firearm |
| ) | During and in Relation to a Drug |
| ) | Trafficking Crime, 18 U.S.C. § 924(c); |
| ) | Concealing Person from Arrest, 18 |
| ) | U.S.C. § 1071) |
| ) | |

## INDICTMENT

### COUNT ONE

**(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances)**

The Grand Jury for the District of Maryland charges that:

From at least in or about December 2016 through in or about February 2017, in the District of Maryland and elsewhere, the defendant,

**JONATHAN EDGES, a/k/a "Toby,"**

did knowingly and willfully combine, conspire, confederate, and agree with others known and unknown to the Grand Jury to knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance; and a mixture or substance containing a detectable amount of cocaine, a

Schedule II controlled substance, in violation of Section 841(a)(1) and (b)(1)(C) of Title 21, United States Code.

21 U.S.C. § 846

## COUNT TWO

### (Using, Carrying, and Brandishing a Firearm During and in Relation to a Drug Trafficking Crime)

The Grand Jury for the District of Maryland further charges that:

On or about January 16, 2017, in the District of Maryland, the defendant,

**JONATHAN EDGES, a/k/a. "Toby,"**

did knowingly use, carry, and brandish a firearm during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21 of the United States Code Section 846, as alleged in Count One of this Indictment, and also did knowingly possess said firearm in furtherance of that drug trafficking crime.

18 U.S.C. § 924(c)
18 U.S.C. § 2

## COUNT THREE

### (Concealing Person from Arrest)

The Grand Jury for the District of Maryland further charges that:

Between on or about November 16, 2016 and on or about February 5, 2017, in the District of Maryland, the defendant,

**JONATHAN EDGES, a/k/a. "Toby,"**

harbored and concealed Marquise McCants, a/k/a "Digga," a person for whose arrest a warrant and process had been issued under the provisions of a law of the United States, so as the prevent the discovery and arrest of Marquise McCants, a/k/a "Digga," after notice and knowledge of the fact that a warrant and process had been issued for the apprehension of Marquise McCants, a/k/a "Digga," and which warrant had been issued on a felony charge.

18 U.S.C. § 1071
18 U.S.C. § 2

_Robert Hur /CAH_
ROBERT K. HUR
UNITED STATES ATTORNEY

A TRUE BILL:

6/13/18
Date

**SIGNATURE REDACTED**

Foreperson